UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------x
PATRICIA WESLEY, individually and
on behalf of a class,

**RULE 7.1 DISCLOSURE**

                  Plaintiff,       **14-cv-486**

      -against-


DYNAMIC RECOVERY SOLUTIONS LLC,
                  Defendant(s).
------------------------------------x

      Defendant, DYNAMIC RECOVERY SOLUTIONS, LLC by its attorney
ARTHUR SANDERS, ESQ., alleges that the defendant has no publicly traded
parent companies.


Dated:    New City, NY
          June 12, 2014


                          /S/ Arthur Sanders
                        ARTHUR SANDERS, ESQ. (AS1210)
                        Attorney for defendant
                        30 South Main Street
                        New City, NY  10956
                        845-499-2990