The Law Offices of Shimshon Wexler, PC<br>
216 West 104th St., #129<br>
New York, New York 10025<br>
Tel (212)760-2400<br>
Fax (917)512-6132<br>
swexleresq@gmail.com

August 15, 2014

VIA CM/ECF
Hon. David E. Peebles, U.S.M.J.
U.S. District Court
Northern District of New York
100 South Clinton Street
Syracuse, New York 13261-7345

RE:   Wesley, individually and on behalf of the class v. Dynamic Recovery Solutions, LLC
      N.D.N.Y. Case No. 14-CV-486-GLS-DEP

Dear Judge Peebles:

I am co-counsel for Plaintiff in this action. I write with the consent of Defendant's counsel. Pursuant to the Court's Order on July 17, 2014 [Doc. 9], the parties are required to participate in a mediation session pursuant to this Court's General Order #47 titled "Pilot Mandatory Mediation Program." The Order gave the parties until August 14, 2014 to select a mediator and until January 6, 2015 to complete mediation.

As Defendant's headquarters are located in Greenville, South Carolina and I am currently in nearby Atlanta, Georgia which is just a two hour drive away from Greenville, the parties believe that the mediation should take place in Greenville, South Carolina. Section 5.4 Part B. of The Pilot Mandatory Mediation Program states "The Parties may select a Mediator other than from the Court's Pilot Mandatory Mediation List." The parties request an additional 30 days to select a mediator not on the list.

I thank the Court for its attention to this matter.

                                        Respectfully Yours,

                                        /s/ Shimshon Wexler
                                        Shimshon Wexler

cc: All Counsel of Record via CM/ECF